O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL RUDY SEVILLA, | ) | Case No. ED CV 10-1885-DMG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 15, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE